NUMBER
13-06-011-CV

                         COURT OF
APPEALS

               THIRTEENTH
DISTRICT OF TEXAS

                    CORPUS
CHRISTI - EDINBURG

 

In
Re: Vernon Louis Nedbalek

 

On
Petition for Writ of Mandamus

 

 

MEMORANDUM
OPINION

 

Before
Chief Justice Valdez and Justices Rodriguez and Garza

Per
Curiam

 

 

Relator, Vernon Louis
Nedbalek, filed a petition for writ of mandamus in which he requests this Court
direct the Honorable Richard Hatch, III, Judge of the San Patricio County Court
at Law, to vacate his December 2, 2005 order appointing Michael George as
temporary administrator of the estate of Abilene Ella Nedbalek. 








This Court, having
examined and fully considered the petition for writ of mandamus and all
responses from real-parties-in-interest, is of the opinion that relator has not
shown himself entitled to the relief sought and that the request should be
denied.  See Tex. R. App. 
P. 52.8(a).  The petition
for writ of mandamus is DENIED.

 

Per Curiam

 

Memorandum Opinion delivered and filed

this the 26th day of January, 2006.